UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD L. RAGAVAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:15-CV-85-FL |
| CITY OF WILMINGTON, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment made pursuant to Federal Rule of Civil Procedure 56.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 3, 2016, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on November 3, 2016, and Copies To:**

M. Travis Payne; Megan Kathleen Mechak; Theodore Reid Coploff; Meredith Turner Everhart; and Scott C. Hart (via CM/ECF Notice of Electronic Filing)

November 3, 2016          JULIE RICHARDS JOHNSTON, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk